Ranier Club, appellant, v. City of Chicago et al., appellees. Gen. No. 30,201.

Suit to enjoin municipal police interference with operation of complainant club. Decree for defendants. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard

in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Forest Garfield Smith, for appellant. Francis X. Busch, Corporation Counsel, for appellees; Albert H. Veeder and Arthur Manning, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.